■ In the Matter of SUBWAY CHECK CASHING SERVICE, INC., Appellant, v JILL M. CONSIDINE, as Superintendent of Banks of State of New York, et al., Respondents.—

IAS did not err in holding that petitioner, a licensed check casher, lacked standing under Banking Law § 369 to challenge the issuance of a check-cashing license to a competitor at nearby location, since a competitive injury, in and of itself, does not confer standing to challenge an administrative determination *(Matter of Dairylea Coop. v Walkley,* 38 NY2d 6; *Matter of Nostrand Check Cashing Co. v Clark,* 27 Misc 2d 799, *affd* 13 AD2d 922).* In any event, the record contains a

rational basis for respondents' finding that the proposed new check-cashing facility would "promote the convenience and advantage of the area" (Banking Law § 369 [1]). Concur— Rosenberger, J. P., Asch, Ellerin and Wallach, JJ.